IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ISMAEL NAMBO SOLARIO,

        Petitioner,

    v.

MARK NOOTH, Superintendent,

        Respondent.

Case No. 3:10-cv-01341-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

    DATED this 20th day of August, 2012.

                                    /s/ Anna J. Brown
                                 ANNA J. BROWN
                                 United States District Judge

1 - JUDGMENT -    \\ord.local\shares\Shares\Brown-LawClerks\10-1341solario0814judgment.wpd